The Full Commission reviewed this matter based on the record of the proceedings before Deputy Commissioner Lawrence B. Shuping, Jr. and pursuant to the recent decision in Blackmon.
Pursuant to the holding in Blackmon, the North Carolina Workers' Compensation Act bars plaintiff's claim filed under the North Carolina Tort Claims Act. Accordingly, defendant's Motion to Dismiss is GRANTED and plaintiff's claim filed pursuant to the North Carolina Tort Claims Act is hereby DISMISSED WITH PREJUDICE.
Each side shall pay their own costs.
 S/ _______________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ _______________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ _______________________ DIANNE C. SELLERS COMMISSIONER